IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Webster Bank, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09cv1172 (JCC/IDD) |
| v. | ) | |
| | ) | |
| William Macchiavello | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the July 23, 2010, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff Webster Bank, N.A., and against defendant William Macchiavello, in the amount of $135,250.56, plus interest at the fixed rate of 8.8150 percent per annum until the full amount of principal has been paid, plus attorney's fees and costs in the amount of $4,658.04. The final judgment is $139,908.60 with interest accruing until the principal has been paid off in full.

_____/s/_____
James C. Cacheris
United States District Judge

Alexandria, Virginia
August 31, 2010